**SO ORDERED**

No response or objection.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
SALISBURY DIVISION

| | |
|---|---|
| IN RE:<br>REEVEN H GETROUW<br>　　Debtor | BCN#: 19-22034<br><br>Chapter: 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or<br>successors in interest,<br>　　Movant/Secured Creditor,<br>v.<br>REEVEN H. GETROUW<br>　　Debtor<br>and<br>Charles R Goldstein<br>　　Trustee<br>　　Respondents | |

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it to exercise its rights under state law as to a property with the address of 30320 Zion Rd,

S&B# 19-282757

Salisbury, MD 21804, and recorded among the Land Records of the County of Wicomico, Maryland in Book 2332 at Page 156. Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283

S&B# 19-282757

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Reeven H Getrouw
   30320 Zion Rd                                Debtor(s)
   Salisbury, MD 21804

3. Charles R Goldstein
   111 S Calvert St
   Suite 1400
   Baltimore, MD 21202                          Trustee

4. JOHN B. ROBINS, IV
   JOHN B. ROBINS, IV, P.A.
   PO BOX 506                                   Debtor's
   SALISBURY, MD 21803-0506                     Attorney

**END OF ORDER**

S&B# 19-282757